## WILLIAMS
### v.
## HEAVEN HILL DISTILLERIES, Inc.

Court of Appeals of Kentucky.

Jan. 29, 1954.

Sam Manley, III, Louisville, T. C. Carroll, Shepherdsville, for appellant.

J. Smith Barlow, Jr., Ernest N. Fulton, Bardstown, John K. Skaggs, Jr., Louisville, for appellee.

### PER CURIAM.

Motion for an appeal from a judgment of the Nelson Circuit Court dismissing appellant's petition in a suit for a declaration of rights concerning charges for the storage of whiskey. Examination of the record discloses the amount in dispute is $50.10 which is insufficient for this Court to entertain the appeal. We call attention to the fact that the nature of a declaratory judgment action does not eliminate the question of whether the amount in controversy is sufficient to give this Court jurisdiction.

Appeal dismissed.